# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rothstein, Barbara J. | US Courts | 07/29/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Court Judge | ☐ Nomination　　Date　　☐ Initial　☑ Annual　☐ Final　　5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

US District Court
Washington, D.C. 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 07/29/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Medical Faculty Associates, Wages |
| 2. | 2012 | Self Employed Consultant Fees |
| 3. | 2012 | Required Minimum Distribution, Retirement Plan |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University | January 30, 2012 | Durham, NC | Speaker, Panel Participant | Transportation |
| 2. | Avon Global Center for Women & Justice | March 7-11, 2012 | New York, NY | Session Leader | Transportation, Lodging, Meals |
| 3. | Canadian Institute | September 21, 2012 | Toronto, Ontario, Canada | Speaker | Transportation, Meals |
| 4. | Avon Global Center for Women & Justice | October 17-19, 2012 | Ithaca, NY | Moderator, Panel Participant | Transportation, Meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 07/29/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JP Morgan Chase | Mortgage on Rental #1, Redmond, WA (Part VII Line 13) | L |
| 2. | Wells Fargo Bank | Mortgage on Rental #2, Strasburg VA (Part VII Line 15) | L |
| 3. | Wells Fargo Bank | Mortgage on Rental #3, Strasburg VA (Part VII Line 16) | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Amcol Common | A | Dividend | J | T | | | | | |
| 2. Kinder Morgan Inc.(Formerly El Paso Corp.) | A | Dividend | J | T | | | | | |
| 3. EQT Corporation | A | Dividend | K | T | | | | | |
| 4. Motorola Solutions Inc | A | Dividend | K | T | | | | | |
| 5. Motorola Mobility Holdings | | None | | | Sold | 05/22/12 | J | | |
| 6. New York Muni Income | | None | | | Redeemed | 01/19/12 | J | | |
| 7. American Euro Pacific Growth Fnd C | A | Dividend | L | T | | | | | |
| 8. American New World Fnd C | A | Dividend | M | T | | | | | |
| 9. Vanguard Inter Term T/E Inv Cl | B | Dividend | L | T | | | | | |
| 10. US Bancorp Account | A | Interest | J | T | | | | | |
| 11. Capital One Bank | A | Interest | K | T | | | | | |
| 12. NA Properties Ltd Partnership | A | Interest | J | U | | | | | |
| 13. Rental House Redmond,WA (1999 $172,000) | E | Rent | M | R | | | | | |
| 14. New Horizon Capital III, LP | A | Interest | L | U | | | | | |
| 15. Rental Townhouse Strasburg, VA (2009 $135,000) | D | Rent | M | R | | | | | |
| 16. Rental House Strasburg, VA (2012 $150,000) | C | Rent | M | R | Buy | 02/25/12 | M | | |
| 17. America Movil Ads | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank One Capital Trust VI | A | Interest | J | T | Redeemed (part) | 04/30/12 | K | | |
| 19. Elan Corp. Common | | None | K | T | | | | | |
| 20. Emulex Corp. Common | | None | J | T | | | | | |
| 21. 3M Company | B | Dividend | L | T | | | | | |
| 22. XCel Energy | A | Dividend | J | T | | | | | |
| 23. PPL Corp. | A | Dividend | J | T | | | | | |
| 24. Life Technologies Corp | | None | K | T | | | | | |
| 25. Costco Wholesale Corp. Common | A | Dividend | L | T | | | | | |
| 26. Western Asset HI Inc. | B | Dividend | K | T | | | | | |
| 27. Starbucks Common | D | Dividend | O | T | | | | | |
| 28. Nuveen Quality Preferred Income FD | A | Interest | J | T | | | | | |
| 29. Bancorpsouth Cap Tr. Preferred | B | Interest | K | T | | | | | |
| 30. Home Depot Inc. Common | B | Dividend | L | T | | | | | |
| 31. General Electric Co. Common | B | Dividend | L | T | | | | | |
| 32. Morgan Stanley Cap. Trust | B | Dividend | K | T | | | | | |
| 33. CHS Cooperatives Preferred | B | Dividend | K | T | | | | | |
| 34. Associated Bank BIDF | A | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BB&T Bank BDIF | A | Interest | M | T | | | | | |
| 36. Bank of America BDIF | A | Interest | L | T | Open | 01/01/12 | L | | |
| 37. East West Bank BDIF | | None | | | Closed | 01/01/12 | L | | |
| 38. Citizens Bank BDIF | A | Interest | M | T | | | | | |
| 39. CMS Energy | A | Dividend | J | T | | | | | |
| 40. Pioneer Floating Rate Trust (PHD) | B | Dividend | K | T | | | | | |
| 41. Eaton Vance Enhanced Equity Income Fund | B | Dividend | J | T | | | | | |
| 42. Eaton Vance Enhanced Equity Income Fd II | D | Interest | M | T | | | | | |
| 43. RMR RE Fund | A | Dividend | J | T | | | | | |
| 44. Dreyfus Premier Greater China Fund | | None | K | T | | | | | |
| 45. Eaton Vance Greater China Fund Cl A | A | Dividend | K | T | | | | | |
| 46. NJF Dividend Interest Premium Strategy Fund | C | Dividend | K | T | | | | | |
| 47. Dell, Inc | | None | J | T | | | | | |
| 48. ETrade Money Market Funds | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 07/29/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara J. Rothstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544